| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| In Re: Houston Regional Sports Network, L.P., <br><br> Debtor. | § § § § <br> Bankruptcy 13-35998-H1-11 |
| Houston Astros, LLC, et al., <br><br> Appellants, <br><br> versus <br><br> Comcast Sports Management Services, LLC, et al., <br><br> Appellees. | § § § § § § § § § § § <br> Civil Action H-14-304 |

## Consent to Mediation

1. The parties agree to mediation by Judge Lynn N. Hughes on March 28, 2014.

2. Having mediated the claims will not serve as a basis to recuse or otherwise object to his presiding in further proceedings.

_____          3/28/14
Houston Astros, LLC, Astros HRSN GP Holdings          Date
LLC, Astros HRSN LP Holdings LLC

_____, Senior Vice President  
Comcast Sports Management Services, LLC, Comcast SportsNet California LLC, Houston SportsNet Finance LLC, National Digital Television Center LLC

3/28/14  
Date

_____  
Rockets Partners, L.P., JTA Sports, Inc., Rocket Ball Ltd., Clutch City Sports & Entertainment, L.P.

3/28/14  
Date

Signed on March 28, 2014, at Houston, Texas.

_____  
Lynn N. Hughes  
United States District Judge