UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

In re _____ §
                              §
~~versus~~                    §   Civil Action 4: 11-304
                              §
Houston Regional              §
Sports Network                §

Mediation

| Counsel: | Representing: |
|---|---|
| Craig Goldblatt - atty | Comcast |
| Robert Pick | |
| Arthur Block | |
| Giles Kibbe - atty | Astros |
| Jim Crane | |
| Margaret Barradas | |
| Alan Gover - atty | Rockets |
| Leslie Alexander | |
| Thaddeus Brown | |
| Richard Mithoff | |

Date: April 11, 2014

Started: 9:30 a.m.                Ended: 3:45 p.m.